*UNITED STATES DISTRICT COURT*

*For the District of New Mexico*

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 0 2026

MITCHELL R. ELFERS
CLERK

--------------------------------------------------------------

*Anthony Mills*

*Plaintiff*

v.

*Complaint*

*Case No.*

CV 26-502 KK

*Arlene Bluth*

*Defendant*

--------------------------------------------------------------

*1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss*

*100269/2023, causing unreasonable cost to the parties,*

*2. This Court has jurisdiction under federal law,*

*3. Plaintiff demands jury trial and $1 Million against Defendant.*

*Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.*

*Executed on: 2/1/26*

*Anthony Mills*

Anthony Mills
18 Marine Corps Dr,
Tamuning, Guam 96901

UNITED STATES
OF AMERICA

FOREVER/USA

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 2 0 2026

MITCHELL R. ELFERS
CLERK

US District Court Clerk's Office
333 Lomas Blvd NW, Suite 270
Albuquerque, NM 87102