**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTHONY MILLS,

       Plaintiff,

v.                                                                                    No. 1:26-cv-00502-MIS-KK

ARLENE BLUTH,

       Defendant.

**<u>ORDER OF DISMISSAL</u>**

**THIS MATTER** comes before the Court on *pro se* Plaintiff Anthony Mills's Complaint,

ECF No. 1, and Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("Motion"), ECF No.

2, both filed February 20, 2026.

The factual allegations in the Complaint state:

1.      Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2.      This Court has jurisdiction under federal law,

3.      Plaintiff demands jury trial and $1 Million against Defendant.

Compl. at 1, ECF No. 1.

United States Magistrate Judge Kirtan Khalsa informed Plaintiff his "Complaint fails to

state a claim upon which relief can be granted," ordered Plaintiff to file an amended complaint

"within 21 days of entry of this Order," and notified Plaintiff that failure to do so "may result in

dismissal of this case." Order to Cure Deficiency and for Am. Compl. at 2, 4, ECF No. 4.  Plaintiff

did not file an amended complaint by the deadline.

Plaintiff filed his Motion for Leave to Proceed *in forma pauperis* using a Short Form

Application. ECF No. 2. Judge Khalsa notified Plaintiff the "Short Form Application does not

provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees." Order to Cure Deficiency and for Am. Compl. at 1, ECF No. 4. Judge Khalsa ordered Plaintiff to file a Long Form Application "within twenty-one (21) days from entry of this Order" and informed Plaintiff that failure to do so may result in "denial of the motion to proceed *in forma pauperis*." *Id.* Plaintiff did not file a Long Form Application by the deadline.

The Clerk mailed Judge Khalsa's Order to Cure Deficiency and for Amended Complaint to Plaintiff, but it was returned as undeliverable. ECF No. 5. Plaintiff has apparently failed to abide by his obligation "to notify the Clerk, in writing, of any change in [his] . . . mailing address." D.N.M.LR-Civ. 83.6.

The Court dismisses this case without prejudice because Plaintiff has not timely complied with Judge Khalsa's order to file an amended complaint. Order to Cure Deficiency and for Am. Compl. at 4, ECF No. 4; Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 F. App'x 352, 354 (10th Cir. 2017) ("'Although the language of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.'") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). Plaintiff's Motion for Leave to Proceed *in forma pauperis* is denied as moot.

**IT IS ORDERED** that:

1. This case is **DISMISSED** without prejudice; and

2. Plaintiff's Motion for Leave to Proceed *in forma pauperis*, ECF No. 2, is **DENIED** as moot.

Margaret Strickland

2

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE